# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2011

Robert P. Young, Jr.,
Chief Justice

143148

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 143148
COA: 296490
Wayne CC: 09-010158-FH

WILL EDWARD MORRIS,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 14, 2011 judgment of the Court of Appeals is considered. We DIRECT the Wayne County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order, specifically addressing defendant's argument that the trial court erred in scoring ten points for Offense Variable 15 where defendant was not convicted of violating MCL 333.7401(2)(a)(i) – (iii).

      The application for leave to appeal remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2011

_____
Clerk

d1026